UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| KENNETH WILBERT BROWN, ) | |
| ) | |
| Petitioner, ) | Civil Action No. 5: 20-448-DCR |
| ) | |
| V. ) | |
| ) | |
| BRAD ADAMS, Warden, et al., ) | **MEMORANDUM ORDER** |
| ) | |
| Respondents. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Petitioner Kenneth Brown is confined at the Northpoint Training Center in Burgin, Kentucky. He has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. Upon initial review of the petition, United States Magistrate Judge Edward B. Atkins observed that Brown seeks to challenge convictions entered by the Jefferson County Circuit Court, which lies within the Western District of Kentucky.

Joint Local Rule of Civil Practice 3.2(b) provides that a "state habeas corpus petition shall be assigned to the jury division that includes the court . . . in which the challenged judgment, conviction or order was rendered." The Magistrate Judge also noted that witnesses and records are more likely to be located in the Western District of Kentucky, making it the more appropriate forum. *See* 28 U.S.C. § 1404(a). Seventeen days have passed since entry of the Magistrate Judge's Report and Recommendation indicating that this matter should be transferred to the United States District Court for the Western District of Kentucky; the parties have failed to object.

Although this Court must make a *de novo* determination of those portions of the Magistrate Judge's recommendations to which timely objections are made, 28 U.S.C. § 636(b)(1)(C), "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985).  Accordingly, it is hereby

**ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation [Record No. 6] is **ADOPTED** and **INCORPORATED** in full.

2. The petitioner's motion for leave to proceed *in forma pauperis* [Record No. 4] is **DENIED**, as moot, because he tendered the $5.00 filing fee on November 13, 2020.

3. This matter is **TRANSFERRED** to the United States District Court for the Western District of Kentucky for further proceedings.

4. The matter is **STRICKEN** from this Court's docket.

Dated: November 24, 2020.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky